UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 08-20738-CIV-JORDAN

PLATYPUS WEAR, INC., a Nevada
corporation, PLATYPUS WEAR, INC.
a California corporation, PW INDUSTRIES,
INC., a California corporation, and
ALEXANDRA PONCE DE LEON, in her
capacities as the Special Administrator of the
Estate of Dr. Franklin F. Offner and as the
Trustee of the Sylvia Caira Descendents' Trust,

        Plaintiffs,

vs.

HORIZONTE LTDA., a Brazilian limited
partnership, FERNANDO MARIA
AGOSTINHO PEREIRA CALDAS, JR.,
ROBERTO SILVA RAMOS, and DOES 1-50,

        Defendants.
_____/

### ORDER ON DEFENDANTS HORIZONTE LTDA.; FERNANDO MARIA AGOSTINHO PEREIRA CALDAS, JR.; AND ROBERTO SILVA RAMOS' MOTION FOR RELIEF FROM PAGINATION LIMIT

THIS CAUSE came before the Court on the Motion of Defendants Horizonte Ltda., Fernando Maria Agostinho Pereira Caldas, Jr. and Roberto Silva Ramos for relief from the pagination limits on memoranda of law contained in Rule 7.1C.2. of the Local Rules of this Court, in connection with the Memorandum of Law which they have submitted in support of his Motion to Dismiss the Amended Complaint.

The Court has reviewed Defendants' Motion, their Motion to Dismiss and Incorporated Memorandum of Law, as well as the Amended Complaint which the Motion

to Dismiss addresses, and finds that Defendants have shown adequate grounds for relief.

Therefore the Motion is GRANTED. Defendants may have 25 pages, maximum, for their Motion to Dismiss and Incorporated Memorandum of Law.

DONE AND ORDERED in Chambers, at Miami, Miami-Dade County, Florida, this 16th day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copies furnished to:
Francis X. Sexton, Jr.
Steven E. Siff, Esq.
James L. Bikoff, Esq.
David K. Heasley, Esq.