UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20738-CIV-JORDAN

| | |
|---|---|
| PLATYPUS WEAR, INC., et al. | ) |
|     Plaintiff | ) |
| vs. | ) |
| HORIZONTE FABRICACAO DISTRIBUICAO IMPORTACAO EXPORTACAO LTDA, et al. | ) |
|     Defendants | ) |

### ORDER DENYING PLAINTIFFS' MOTION TO TRANSFER

The plaintiffs' motion to transfer the instant action to Chief Judge Moreno [D.E. 80] is DENIED. The instant action was transferred from California on March 10, 2008, and is related to *Horizonte Fabricacao Distribuicao Importacao Exportacao LTDA v. Platypus Wear, Inc.*, Case No. 07-21827-CIV-JORDAN. It is questionable that defendant Horizonte moved to transfer the instant action from California to this court because of the case pending before Chief Judge Moreno, and now objects to the transfer of these two cases to Chief Judge Moreno. Nonetheless, the plaintiffs waited over eleven months in moving to transfer Case No. 07-21827 to Chief Judge Moreno. Furthermore, the case before Judge Moreno, *Platypus Wear, Inc. v. Clarke Modet & Co.*, Case No. 06-20976-CIV-MORENO, is scheduled for trial in October of 2008, whereas the instant action is in the discovery stage. Accordingly, the motion to transfer is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 22nd day of July, 2008.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record