# EXHIBIT 8

| TO | SILVERBERG GOLDMAN & BIKOFF | DATE ORDERED | 8-2-07 | ORDER TAKEN BY | |
|---|---|---|---|---|---|
| | ALOHA GUYS, ENCLOSED ARE THE BAD BOY ART SAMPLES WE | PHONE 808-298-7785 | | CUSTOMER ORDER NO. | |
| ATTN | DISCUSSED. AHH... MEMORIES | JOB NO. | | | |
| TERMS | HOPE THEY HELP YOUR CAUSE SURF'S UP GOTTA GO. MAHALO | JOB LOCATION | | | |
| | | JOB PHONE | | STARTING DATE | |

| QTY | MATERIAL | UNIT PRICE | AMOUNT | DESCRIPTION OF WORK | | |
|---|---|---|---|---|---|---|
| | Mark Baagoe | | | COPIES OF BAD BOY ART ARTICLES TE-SHIRT PELLANS ADS | | |
| | | | | mail | | 0 |
| | | | | | | TOTAL |
| | | | | SAT | 8 | 150 hr |
| | | | | SUN | 8 | |
| | | TOTAL | | TOTAL | 16 | 150 2400- |

| | |
|---|---|
| TOTAL LABOR | 2400- |
| TOTAL MATERIALS | |
| TOTAL MISC. | |
| SUB TOTAL | |
| TAX | |
| GRAND TOTAL | 2400- |

Tops 3866    ORIGINAL    MADE IN U.S.A.

EXHIBIT 8

Date 1-20-09
Name Baagoe
No. 6   sjgran

007990