# EXHIBIT 10

"BOOGALOO" MARK BAAGOE
3666 L. HONOAPIILANI RD #C4
LAHAINA, HI 96761

# JOB INVOICE

102052

| TO | SILVERBERG GOLDMAN & BIKOFF | | | | DATE ORDERED | ORDER TAKEN BY |
|---|---|---|---|---|---|---|
| | ALOHA, HERE ARE THE COPIES | | | | 8-10-07 | Boogaloo |
| | OF CATALOGS, 85-91 AND ADS. | | | | PHONE | CUSTOMER ORDER NO. |
| ATTN | TALK TO YOU SOON | | | | 808-298-7785 | |
| TERMS | Boogaloo | | | | JOB NO. | |
| | | | | | JOB LOCATION | |
| | | | | | JOB PHONE | STARTING DATE |

| QTY | MATERIAL | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | SHIPPING | | 86.10 |
| | | | 16.55 |
| | | | 18.30 |
| | | | 15.85 |
| | | TOTAL | 136.80 |

**DESCRIPTION OF WORK**
COPIES OF BAD BOY CATALOGS
COPIES OF BAD BOY ADS

**MISCELLANEOUS CHARGES**

TOTAL

| LABOR | HRS | RATE | |
|---|---|---|---|
| SAT | 7 | | |
| SUN | 8 | | |
| TOTAL | 15 | 150 | 2250— |

**COST SUMMARY**
- TOTAL LABOR: 2250—
- TOTAL MATERIALS:
- TOTAL MISC.: 136.30
- SUB TOTAL:
- TAX:
- GRAND TOTAL: 2386.30

WORK ORDERED BY
DATE ORDERED
DATE COMPLETED
CUSTOMER SIGNATURE FOR APPROVAL
AUTHORIZED SIGNATURE

TOPS 3866    ORIGINAL    MADE IN U.S.A.

EXHIBIT 10

Date 1-20-09
Name Baagoe
No. 4  sjgran

007994