# EXHIBIT

# B

# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

## CASE NO. 08-20738-CIV-JORDAN/McALILEY

### EXPERT REBUTTAL REPORT
#### October 1, 2009

**Prepared By:**
**Andrew C. Bernstein, CPA, CFF, CVA**
**Berkowitz Dick Pollack & Brant**
**Certified Public Accountants & Consultants, LLP**
**200 South Biscayne Boulevard, Sixth Floor**
**Miami, Florida 33131**

**For:**
**Vantage Law Group, A.P.C.**
**600 West Broadway, Suite 950**
**San Diego, California  92101**

**Expert Rebuttal Report Of Andrew C. Bernstein CPA, CFF, CVA**
**Platypus Wear, Inc., et al. vs. Horizonte Fabricacao Distribuicao Importacao E**
**Exportacao LTDA, et al.**

# Table of Contents

Expert Rebuttal Report of Andrew C. Bernstein CPA, CFF, CVA ........................ 1 - 15

Curriculum Vitae and Expert Testimony Experience of

Andrew C. Bernstein CPA, CFF, CVA ...........................................,......................Exhibit A

List of Documents Considered.......................................................................... Exhibit B

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao
LTDA, et al.

## I.  Summary of Expert Report

### Introduction of the Expert

Andrew C. Bernstein, CPA, CFF, CVA, has been a professional practicing in public accounting and consulting since graduating from the Fisher School of Accounting at the University of Florida in 1980.  Mr. Bernstein has extensive education, training and experience in the area of Forensic Accounting, which includes Economic Dispute Analysis and Accounting Investigations.   Mr. Bernstein's education, training, and experience also includes consulting in corporate merger and acquisition transactions, general business consulting, auditing and attest services, accounting, internal controls evaluation, SEC financial reporting, and other areas.

From 1990 through 2003, Mr. Bernstein was in the Forensic Accounting practice at major international accounting and consulting firms including PricewaterhouseCoopers and KPMG, where he was a Director.   In 2004, Mr. Bernstein became a Director in the Forensic Accounting services practice at Berkowitz Dick Pollack & Brant ("BDPB"). The Firm is one of the largest accounting and consulting firms in South Florida.

Mr. Bernstein has extensive experience providing expert testimony and expert consulting services in the areas of Economic Damages Analysis.   This includes applying methodologies toward the study, evaluation and analysis of economic, financial, valuation, accounting and business issues in connection with the determination of economic causation, the quantification of economic damages, and other areas.

Mr. Bernstein's curricula vitae and a summary of expert testimony are included at Exhibit A.  In addition to the credentials and experience included in Exhibit A., Mr. Bernstein's experience includes the study, evaluation and analysis of economic damages, causation, and other business issues in commercial disputes, and other areas of expert consulting, including:

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

- Expert testimony on economic damages on behalf of a pharmaceutical company in connection with its claim, and the defendants' counter claim, concerning the use of a trademark.
- Royalty payment compliance investigation on behalf of the licensor in connection with the sale and distribution of software by the licensee.
- Expert testimony on economic damages between a global hotel chain franchisor and a hotel operator franchisee pertaining to losses claimed in connection with the termination of the franchise agreement and the use of certain trademarks in the operation of a guest lodging facility.
- Expert testimony on economic damages between a major cellular telephone equipment / service franchisor and a former franchisee pertaining to losses claimed in connection with the termination of the franchise agreement.
- Analysis of the economic damages on behalf of a medical equipment manufacturer / distributor in connection with claims that a competitor improperly obtained and used certain trade secrets.
- Analysis of the economic damages on behalf of a food and beverage retail / catering operation concerning claims of unfair competition by a hotel operator; the matter included a study of regional competition and comparable properties.
- Intellectual property valuation matters including the value of Latin American distribution rights for a premium liquor brand.
- Expert testimony on economic damages related to alleged theft of intellectual property claimed by a start-up franchise operator against a Fortune 500 company.
- Expert testimony on economic damages between a food and beverage franchisor and franchisee pertaining to losses claimed in connection with a change in trade name and trade dress.
- Accounting investigation on behalf of a hotel property developer / owner in connection with concerns that the national hotel management company was engaged in improper management, marketing, and financial reporting.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

Since 1994, Mr. Bernstein has provided expert testimony in Federal Court in the Southern District of Florida, Federal Bankruptcy Court in the Southern District of Florida, State Courts in Florida, State and County administrative proceedings, Delaware Chancery Court, International Court of Arbitration and American Arbitration Association matters in Florida, New York and California, Federal Court in Bogota, Colombia, and in the Caribbean.

### Scope of Assignment

Mr. Bernstein was retained by the Vantage Law Group, A.P.C., in connection with its representation of the plaintiffs/counter-defendants in the matter of: United States District Court, Southern District of Florida, Miami Division, Case No.: 08-20738-CIV-Jordan/McAliley, Platypus Wear, Inc. ("PWI"), Platypus Wear, Incorporated, PW Industries, Inc., and Alexandra Ponce De Leon, Plaintiffs/Counter-Defendants, vs. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA ("Horizonte"), a/k/a Horizonte LTDA, Fernando Caldas, Jr., and Roberto Ramos, Defendants/Counterclaimants. The scope of Mr. Bernstein's assignment was to review and respond to any damage claims raised by Horizonte in its counter-claim against PWI. Horizonte provided, in its Amended Answer to PWI's Second Set of Interrogatories, verified responses calling for it to, *inter alia*, set forth its damage calculations. Mr. Bernstein's opinions are limited by the extent of documents and information produced by the defendants as of the date of this report.

### Other Expert Witness Disclosures

A summary of the documents considered by Mr. Bernstein in connection with his opinions in this matter are included at Exhibit B. Mr. Bernstein is being compensated for his time at an hourly rate of $395 per hour.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

## II.  General Overview and Horizonte's Financial Performance

Defendant/Counterclaimant, Horizonte is a Brazilian company that produces and distributes beverages and related products.  Beginning sometime in February 2001, Horizonte began selling products in Brazil in packaging bearing PWI's BAD BOY Trademarks and BAD BOY Copyrights.  Such products were its Power Drink and Turbo Power energy drinks ("Energy Drinks") and later in January 2008 its Bad Boy Nutritional Bars ("Bars").[1]

According to Horizonte, it is experienced in sales of beverages in Brazil and the majority of its sales are Brazilian based with minimal sales outside of its home country.  Based on my review of the documentation produced, and my ability to decipher the amounts, the following provides a summary of Horizonte's results of operations from 2001 through 2007.  The analysis is incomplete and does not include more recent periods because either such information was not produced or it was not ascertainable from the documents that were produced.

| INCOME STATEMENT (US $) | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | Totals |
|---|---|---|---|---|---|---|---|---|
| Total Net Sales | $ 1,563,929 | $2,523,655 | $1,827,832 | $2,554,070 | $3,629,947 | $3,212,794 | $ 4,307,187 | $19,619,415 |
| Total Cost of Sales | (1,005,768) | (1,522,873) | (1,612,065) | (1,273,203) | (2,072,994) | (1,556,839) | (2,058,678) | (11,102,420) |
| Sales, Marketing, and Promotion | (1,013,127) | (1,309,335) | (318,370) | (837,357) | (139,932) | (1,049,866) | (1,630,468) | (6,298,457) |
| Administrative Expenses | (902,206) | (361,946) | (666,718) | (388,726) | (1,757,043) | (665,696) | (1,312,424) | (6,054,759) |
| Financial Income (Expense) | 5,981 | (199,621) | 9,047 | (765,379) | 7,290 | (510,529) | (643,799) | (2,097,010) |
| Royalties / Big Blue Services | - | (102,107) | - | (5,138) | - | - | - | (107,245) |
| Net Income before Income Taxes | $(1,351,190) | $ (972,226) | $ (760,274) | $ (715,734) | $ (332,733) | $ (570,137) | $(1,338,182) | $(6,040,476) |

This information is provided as a factual background on Horizonte's actual financial performance for the time periods shown.

---

[1] Horizonte states in its Second Amended Counterclaim that it began selling its BAD BOY POWER DRINK energy drink in Brazil sometime in 2000.  However, financial documentation produced and reviewed by BDPB suggests that sales commenced in February 2001.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

## III.   Horizonte's Allegations and Counter-Claim for Economic Damages

Horizonte's verified interrogatory responses state that Horizonte is claiming damages of approximately $50,000,000 in its counterclaim, including the following:[2]

- "Expenditures" of US $6,220,711 in alleged investments "in the Bad Boy brand energy drink";
- "Expenditures" of US $449,245 in alleged royalties paid to Big Blue;
- "Additional Costs" alleged to be US $580,000 to obtain beverage cans;
- Alleged lost "additional margin" on sales in Brazil of "at least US $8,000,000" allegedly because Horizonte "could be making at least twice its current sales";
- "Interest paid" on "financing the operational costs of Horizonte" of "approximately $3,000,000" as a result of interest charges "ranging between 2% to 4% per month";
- "Lost Profits" alleged to be "at least US $8,000,000" in the United States, and an additional alleged to "exceed US $3,000,000" in Mexico, "US $960,000" in Australia and "US $1,800,000" in Japan and "US $15,000,000" in "other markets, such as Europe, Russia, and China"; and
- "Attorneys Fees" alleged to be "more than US $2,535,000."

Additionally, Horizonte's damage interrogatory responses include allegations that PWI is responsible for affecting Horizonte's relationships with vendors, lenders and other third parties, is responsible for requiring Horizonte to "expend more on working capital" and diverting "resources that might have been devoted to

---

[2] Horizonte filed its initial interrogatory responses on March 20, 2009. On or around that time it determined that the currency exchange rate between Brazilian Reals and US Dollars was R$ 2.4113 per US$ and it used this rate in its conversions to US dollars. Horizonte filed its Amended Answer to PWI's second set of interrogatories on September 18, 2009, however, the same conversion rate was used. For purposes of this report I have used the US dollar amounts as they were identified in the interrogatory responses.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

operational growth," caused Horizonte to lose "the opportunity to invest" funds in "alternative investments," required Horizonte to borrow money to finance operations, and cost Horizonte sales in the United States, Australia and other countries.

In the sections below I provide my responses and critiques regarding the categories of damages raised by Horizonte in its counter-claim against PWI.

## IV.    Expert's Analysis & Evaluation of Horizonte's Allegations and Counter-Claim for Economic Damages

**Basis for Determination of Economic Damages:**
Assuming that a defendant is entitled to compensation for economic damages sustained from the harmful act(s) of a plaintiff, such economic damages are, in general, predicated on determining the amount of money that is necessary for the defendant to be in the same economic position it would have been in but for the harmful act(s). In most cases, such analyses consider the difference between the defendant's actual economic position and the economic position it would have been in had the harmful act(s) not occurred. A fundamental step in the study of economic damages is translating the defendant's claims of the plaintiff's wrongful acts into an analysis of the economic impacts caused by such acts.

**"Expenditures" of US $6,220,711 in alleged investments "in the Bad Boy brand energy drink"**
Horizonte, as detailed in its verified interrogatory responses, claimed over US $6 million in alleged "expenditures" in investing "in the Bad Boy energy drink." The amount claimed is fundamentally flawed, unsupported, and overstated. Horizonte has not produced an analysis with contemporaneous business records in support of these alleged "expenditures." Horizonte's lack of specificity and insufficiency of documentation does not provide sufficient basis to understand how the claim was

quantified, the extent of existence, reliability or sufficiency of underlying supporting documents, assumptions made and whether such assumptions have any basis in fact. Further, the lack of specificity and insufficiency of documentation does not provide a basis to understand whether such claim is the result of reasoned analysis supported by a generally accepted methodology or whether such claim is arbitrary, speculative, or false. By way of example, Horizonte's insufficiencies in support of its claims do not allow for a detailed review of the financial history of Horizonte in order to ascertain, among other things, whether $6 million was in fact invested in Horizonte, when it was invested, who made the investment, how the investment was used, whether the expenditures were in fact related to "the Bad Boy energy drink" and what the results were of that alleged investment.

Notwithstanding the forgoing, Horizonte's claim would be overstated to the extent it failed to consider the alleged investment necessary for Horizonte to generate the revenues it actually received and therefore it could not be an amount included as damage without an offset for the benefits or results of the alleged investment. Further, this claim is inconsistent and mutually exclusive with regard to Horizonte's claims for "lost additional margin."

### *"Expenditures" of US $449,245 in alleged royalties paid to Big Blue*

Horizonte, as detailed in its verified interrogatory responses, claimed US $449,245 in alleged royalties paid to Big Blue Comercio Ltda. ("Big Blue"). The amount claimed is fundamentally flawed, unsupported, and contrary to documents. Horizonte has not produced a detailed analysis in support of the amount claimed nor has it specifically identified the royalty payments that it is seeking to recover.

Horizonte did not document whether the US $449,245 was in fact paid to Big Blue, when it was paid, how it was paid, and an underlying analysis of the corresponding royalty calculations. Additionally, based on Horizonte's income statements there is a US $342,000 discrepancy between the amount claimed, US $449,245, and the total

amount identified in the statement for "Royalties / Big Blue services," US $107,245. The statements do not include any periods in 2008 and 2009 and there is insufficient detail to determine if royalties paid to Big Blue are part of another expense line item.

Horizonte was required to pay royalties for the purpose of using BAD BOY Trademarks and BAD BOY Copyrights. Royalty payments were necessary in connection with earning revenues.

### *"Additional Costs" alleged to be US $580,000 to obtain beverage cans*

Horizonte, as detailed in its verified interrogatory responses, claimed US $580,000 in alleged "additional costs" to obtain beverage cans. This relates to alleged PWI interference with Horizonte's can manufacturer Ball Corporation ("Ball") causing Ball to refuse to produce cans for Horizonte. The amount claimed is fundamentally flawed, unsupported, and contrary to documents. Horizonte has not produced analyses with contemporaneous business records in support of these "additional costs," nor has it specifically identified the costs that it seeks to recover and how these costs were incremental. Horizonte's lack of specificity and insufficiency of documentation does not provide sufficient basis to understand how the claim was quantified, the extent of existence, reliability or sufficiency of underlying supporting documents, assumptions made and whether such assumptions have any basis in fact. Further, the lack of specificity and insufficiency of documentation does not provide a basis to understand whether such claim is the result of reasoned analysis supported by a generally accepted methodology or whether such claim is arbitrary, speculative, or false.

Additionally, Horizonte stated that its original supplier, Ball, stopped producing cans [for Horizonte] in or around April 2006.[3] Based on my review of Horizonte's financial records, there was no reduction in gross margin percentage in 2006 or 2007 which would be the result of the increased costs claimed by Horizonte. In fact, gross margin in 2006 was 51.54%, which was an increase from 2005, and the gross margin in 2007 was

---

[3] Second Amended Counterclaim of Horizonte, paragraph 149.

52.20%, which is even higher than 2006. Absent relevant documentation and analyses to the contrary, Horizonte's claim for additional costs is unsubstantiated (the income statements do not include any periods in 2008 and 2009 and there is insufficient detail and lack of specifics from Horizonte to determine what costs, if any, need to be considered as part of this claim).

### *Alleged lost "additional margin" on sales in Brazil of "at least US $8,000,000"*

As part of its counter-claim for damages, as detailed in its verified interrogatory responses, Horizonte is alleging lost additional margin on sales in Brazil of "At least US $8,000,000." This claim is predicated on Horizonte's assumption that it could have expended resources to expand the (Brazilian) market for its current products or develop new products, but instead (due to PWI's actions), it had to expend these resources on working capital to remain active. The amount claimed is fundamentally flawed, unsupported, and speculative.

Horizonte has not produced any analysis detailing its claim, nor has it provided sufficient contemporaneous business records in support of its alleged lost additional margin. Horizonte's lack of specificity and insufficiency of documentation does not provide sufficient basis to understand how the claim was quantified, the extent of existence, reliability or sufficiency of underlying supporting documents, assumptions made and whether such assumptions have any basis in fact. Further, the lack of specificity and insufficiency of documentation does not provide a basis to understand whether such claim is the result of reasoned analysis supported by a generally accepted methodology or whether such claim is arbitrary, speculative, or false.

Horizonte has failed to address specifically, when, where, and how it would allegedly expand in the Brazilian market and achieve the corresponding increase in its sales / margin with new or existing products. Horizonte also failed to address the amount of capital needed and the associated cost of that capital and whether it had sufficient financial resources or other qualifications to be able to serve expanded

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

markets and/or develop new products. Finally, Horizonte failed to document and provide a reasonable financial basis upon which to base its assumptions regarding increased sales volumes and the incremental costs that would be necessary in order to achieve the increased sales volumes.

Horizonte's actual financial results, primarily in Brazil, show that it has never generated any profits in the seven years that it has operated from 2001 through 2007. Assuming that it could have expanded with existing products or new products, Horizonte has failed to provide the financial basis that it would have been profitable based on this expansion.

*"Interest paid" on "financing the operational costs of Horizonte" of "approximately $3,000,000" as a result of interest charges "ranging between 2% to 4% per month"*

Horizonte's, verified interrogatory responses, claimed "approximately US $3,000,000" in alleged "interest" on "financing the operational costs of Horizonte." Horizonte alleged that without the interference of PWI, the amounts generated by its commercial expansion would have been more than sufficient to cover its working capital needs. The amount claimed is fundamentally flawed, unsupported, and speculative.

This category of damage is linked to Horizonte's alleged damages for the amounts that would have been generated from its commercial expansion [Horizonte's alleged lost additional margin in Brazil]. Horizonte states that "...without interference from Platypus, Horizonte's working capital needs would have been more than supplied by the amounts generated by its commercial expansion, enabling Horizonte to save in Brazil's banking system, rather than borrowing in it." However, for the reasons stated earlier, Horizonte has failed to support those damages; consequently the claim for interest fails for the same reasons.

Further, Horizonte has not produced an analysis with specificity and sufficient business records in support of the "interest paid" that it seeks to recover.

Page **10** of 15

Additionally, its claims regarding interest paid cannot be responded to in full without a detailed review of the loan documents related to each loan that underlies that damage claim, as well as financial records of the company, to allow me to test in full the allegation that the interest paid is attributable to PWI (as opposed to some other aspect of the company's operations). Merely producing summarized financial statements and volumes of bank statements is woefully insufficient without applying generally accepted methodologies of study, evaluation, and analysis of economic causation and economic damages.

Additionally, Horizonte's financial expenses identified in the income statements were US $2,096,325, through 2007, which is less than the claimed amount of US $3,000,000 (the income statements do not include any periods in 2008 and 2009 and there is insufficient detail and lack of specifics from Horizonte to determine what costs, if any, need to be considered as part of this claim).

### *Alleged Lost Profits – "United States, Mexico, Australia, Japan, and Other Markets"*

As part of its counter-claim for damages, as detailed in its verified interrogatory responses, Horizonte is claiming US $28,760,000 of lost profits associated with sales of its BAD BOY POWER DRINK in various countries around the world including: the United States ("at least US $8,000,000"), Mexico ("loss of profits exceeds US $3,000,000"), Australia ("at least US $960,000"), Japan ("anticipated to be at least US $1,800,000"), and other markets such as Europe, Russia, and China (US "$15,000,000"). The amounts claimed are fundamentally flawed, unsupported, and speculative.

Horizonte has presented total amounts claimed but has not provided specificity and underlying documentation in support of these specific amounts. Given the breadth and magnitude of Horizonte's claims [that it lost millions of dollars in profits in various markets around the world] I would expect a detailed analysis with contemporaneous

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

---

business records and other support of its alleged lost profits.

Horizonte has not provided any basis to demonstrate that it has calculated lost profits with reasonable certainty, including considerations, analyses, judgments, calculations, reliance on third party data and/or assumptions that were made concerning:

- Timing of entry into specific markets
- Sequencing of market entry
- Overcoming barriers to market entry
- Competitors and competitive responses of the market including increased marketing activities and expenditures by established brands and / or newer brands
- Development of marketing plans including identification of risk factors
- Cost of marketing including promotion, advertising, public relations, and other marketing activities that would be necessary to support the claimed level of sales and market share
- Differentiating its product(s) and gaining product acceptance
- Determining market size and capturing market share
- Ability to obtain sufficient capital to fund the marketing expenditures necessary to support the claimed level of sales and market share that, in general, would be necessary for retail consumer product sales
- Capital or financial requirements for market entry including whether i) Horizonte had the financial capacity to enter into and compete in such additional markets and ii) what costs would be associated with the capital necessary to enter into those markets.
- Distribution / logistical barriers and issues
- Capacity issues and constraints
- Regulatory issues
- A reasonable financial basis from which to project

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

---

- o  Sales volumes and pricing
- o  Sales costs and margins
- o  Incremental cost analysis including, but not limited to: marketing, promotion, sales, slotting, distribution, administration, facilities, taxes, import fees, duties, custom fees, professional fees, etc.
- o  Overall profitability

Based on my review of the production, Horizonte provided incomplete and/or illegible financial data and a variety of literature on various markets. The mere production of data, however, is woefully insufficient without applying generally accepted methodologies of study, evaluation, and analysis of economic causation and economic damages. Horizonte's principals recognize and understand this issue and admitted so in deposition. Horizonte's Rule 30(b)(6) designee, Fernando Caldas, Jr. testified in response to an inquiry regarding the detailed general ledger (the "Diario") that he was unable to testify to the specifics of Horizonte's claimed damages, insisting that Horizonte's expert witness would provide such testimony:

> *"...I sent thousands of documents to my lawyers. And concerning the damages, as you might very well know, it's impossible for anybody to base the true statements of detailed damages on my conversation with you here today. If something has to happen on that account, you'll have to hire an expert if we get to that, and when we get to that, for that expert to determine what the damages were. What I can tell you is about the generality of the reasons, in general amounts, if you want."[4]*

Horizonte did not serve an expert report regarding its counter-claim for damages on (or after) the Court-ordered September 1, 2009 deadline for Horizonte to submit such a report.

Horizonte provided no specifics with respect to its alleged claims for lost profits and it failed to provide analyses with supporting, contemporaneous business records that

---

[4] 30(B) 6 Deposition of Fernando Caldas, Volume II, pages 188 – 189.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

would provide a reasonable basis to project lost profits. Horizonte has failed to prove its assumptions, upon which it bases its opinions as to lost profits, are grounded upon sufficient known facts and can withstand scrutiny for reliability, and therefore admissibility.

Thus, in my professional opinion, Horizonte's counter-claim for lost profits is unsupported, speculative, grossly overstated, and are no more than hopeful estimates.

### "Attorneys Fees" alleged to be "more than US $2,535,000."

Horizonte, as detailed in its verified interrogatory responses, claimed "more than US $2,535,000" in alleged attorneys' fees. Horizonte has only provided a total amount for this damage. It has not produced a detailed analysis in support of the amount claimed nor has it specifically identified the legal invoices (or legal bills) that it is seeking to recover. I note that Horizonte did produce legal invoices as part of its production of documents made on or around September 1, 2009 in response to the court's order. I performed no analysis with respect to those invoices; however, I noted that the total legal fees incurred for Silverberg Goldman & Bikoff, L.L.P. were US $2,391,865.25, through August 28, 2009, of which Horizonte has only paid US $1,296,148.41. I also noted that a balance due of US $115,794.72 existed for the law firm of Concepcion Sexton & Martinez as of July 31, 2009.

Generally, support of this type of claim should include, but not be limited to, specific invoices, records in support of the payment for those invoices, and other supporting transaction details, similar to the analysis that I submitted in my expert report dated September 1, 2009.

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

## Submission of Expert Report

This report was prepared for use solely in connection with my providing expert testimony in the referenced matter. This report may not be used or referred to for any other purpose without the expressed written consent of Berkowitz Dick Pollack & Brant Certified Public Accountants & Consultants, LLP. As stated earlier in this report, the scope of my assignment was limited by the extent of documents and information produced by the defendants as of the date of this report. I reserve the right to supplement and/or amend this report subsequent to my receipt of additional documents and/or information.


_____
Andrew C. Bernstein, CPA, CFF, CVA
Director, Berkowitz Dick Pollack & Brant Certified
Public Accountants & Consultants, LLP
Miami, Florida

October 1, 2009
Date

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao
LTDA, et al.

# EXHIBIT A



# BERKOWITZ DICK POLLACK & BRANT

### CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS, LLP

Exhibit A

**Andrew C. Bernstein**, CPA, CFF, CVA is a Director with Berkowitz Dick Pollack & Brant, working primarily in the **BDPB Financial Advisory Services** practice, which includes:

- **Forensic Services, including**
  - o **Economic Dispute Analysis**
  - o **Corporate Investigations**
- **Valuation Services**
- **Corporate Transactions Services**
- **Bankruptcy & Reorganization Services**

Mr. Bernstein has over 25 years of experience as a CPA. Between 1990 to 2003, Mr. Bernstein was a Director and Principal in the Forensic and Financial Advisory Services of international accounting and consulting firms including PricewaterhouseCoopers and KPMG. Mr. Bernstein has provided expert testimony and expert consulting services on valuation matters, M&A transactions, financial accounting, and economic damages in complex commercial litigation and corporate investigations.

## Forensic Services

**Economic Dispute Analysis.**
Mr. Bernstein has been admitted to testify as an expert in State court, Federal court, State Administrative Court, International Court of Arbitration and AAA matters on economic, finance, valuation and accounting issues in Florida, New York, Delaware (Chancery Court), California, Virginia, South Carolina, Bogotá, Colombia and in the Caribbean. In addition, Mr. Bernstein has worked extensively with companies and their outside counsel as a non-testifying expert consultant regarding economic damages and other business issues. Economic Dispute Analysis Matters include:

- Trial testimony in Delaware Chancery Court on corporate valuation in connection with shareholder allegations of unfair dealing.

- Testimony at trial and arbitration on lost profits and lost business value.

- Serving as an ICC arbitration panel member in a $40 million post-merger dispute involving valuation and financial reporting issues in connection with a $1 billion corporate acquisition in South America.

- Testimony for the SEC in a Federal Court securities matter concerning financial representations made in an offering memoranda.

- Expert testimony to the Special Master in a Miami-Dade County public contract award dispute concerning the substance of financial reports that were provided to the County with respective parties bid submissions.

Exhibit A

**Corporate Investigations.**
Mr. Bernstein has significant experience conducting forensic accounting investigations to assist court-appointed receivers, corporate officers, directors and their outside counsel in matters involving:

- Improper financial reporting
- Undisclosed transactions
- Embezzlement Schemes
- Ponzi Schemes

- Self-dealing & Conflicts Of Interest
- Payments to fictitious vendors
- Compliance with corporate ethics policies
- Compliance with FCPA

Representative Corporate Investigations matters include:

- **Federal Bank Investigation** - Federal banking regulators ordered an investigation of a scheme that included transfers among customer accounts, diversion of loan proceeds, and other unauthorized and improper transactions, which hid the bank's true relationship with certain Latin American companies.

- **Public Company Investigation** – Retained by the audit committee of a public company to investigate concerns that a certain member of senior management had caused the company to pay millions of dollars to fictitious vendors.

- **Public Company Investigation** – Retained by the audit committee of a public company to investigate concerns that the Chief Financial Officer was involved in self-dealing and violations of corporate ethics policies

- **Public Company Investigation** – Retained by outside counsel for a public company to assist with an investigation of allegations that the company had engaged in a scheme to conceal financial problems.

- **Foreign Banks Investigation** – Retained by a Latin American-based parent company to a U.S. subsidiaries to investigate unauthorized transactions occurring in customers' investment accounts, violation of ethics polices, and other issues.

- **State University Foundation Investigation** – Foundation Trustees were concerned that funds were spent without proper authorization and contrary to Foundation policy.

- **Municipal Investigation** – Retained by the municipality's governing body to investigate concerns of misuse of public funds including unauthorized loans, and improper payments.

Mr. Bernstein is a native South Floridian. He graduated from University of Florida in 1980 with a Bachelor of Science degree in Accounting from the Fisher School of Accounting. He has been practicing as a CPA since 1981.

Exhibit A

Andrew C. Bernstein
Expert Testimony Experience
Since January 2000

| Date / Testimony | Case Style & Client | Venue | Subject of Expert Testimony |
|---|---|---|---|
| Deposition Testimony, August 2009 | Schack v. UM Jackson | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, July 2009 | Fortune Development Sales Corp. v. Brickell on the River | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, May 2009 | Puig Inc. Bankruptcy in re: opposition to Creditors Committee by Ocean Bank | Federal Bankruptcy Court, Southern District of Florida | Corporate Identity / Related Party Transactions |
| Trial Testimony, April 2009 | Fortune Development Sales Corp. v. Wavestone Properties, LLC | Circuit Court, Miami-Dade County, Florida | Corporate Identity / Related Party Transactions |
| Trial Testimony, April 2009 | SEC v. John Utsick et al | United States District Court, Southern District of Florida | Reconstruction of Accounting / Disgorgement |
| Deposition Testimony, December 2008 | Net Results Inc. v. Del Monte Fresh Produce | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, March 2008 | South Florida Resource Defense Conservation Counsel v. Miami-Dade County | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, February 2008 | Hometown Bagel Inc. et al v. Pepperidge Farms | United States District Court, Southern District of Florida | Economic Damages |
| Arbitration Testimony, December 2007 | Expocarga, S.A. v. Daewoo Electronics America, Inc. | International Court of Arbitration | Economic Damages |
| Deposition Testimony, September 2007 | Global Horizons, Inc. v. Del Monte Fresh Produce | United States District Court, Southern District of Florida | Economic Damages |
| Trial Testimony, September 2007 | Arkbet Construction (American Alliance) v. 200 Ocean Drive Ltd. | Circuit Court, Miami-Dade County, Florida | Reconstruction of Accounting |
| Deposition Testimony, September 2007, October 2008 | Florida Transportation Services, Inc.  v. Miami-Dade County | United States District Court, Southern District of Florida | Economic Damages |
| Deposition Testimony, March 2007 | Ascom Energy Systems, Inc. v. Wesco Distribution, Inc. | Circuit Court, Duval County, Florida | Economic Damages |

Exhibit A

**Andrew C. Bernstein**
**Expert Testimony Experience**
**Since January 2000**

| Date / Testimony | Case Style & Client | Venue | Subject of Expert Testimony |
|---|---|---|---|
| Trial Testimony, Deposition Testimony, January 2007, November 2006 | Fortune Development Sales, Corp v. Wavestone Properties, LLC | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, January 2007, December 2007 | Soler v. Secondary Holdings, Inc. et al | Arbitration, Miami Florida | Economic Damages |
| Deposition Testimony, October 2006 | SFM Investments v. Melnick & Lilienfeld CPAs | Circuit Court, Miami-Dade County, Florida | Acquisition Due Diligence |
| Deposition Testimony, September 2005 | BlueBird Corp. v. Miami Dade County and Optima Bus Company | Miami-Dade County Administrative Hearing | Government Bid Compliance |
| Deposition Testimony, August 2005 | Gencor Industries, Inc.  v. Carbon Resources, Inc. et al, | Arbitration, Miami, Florida | Contract Financial Calculations |
| Deposition Testimony, October 2004, July 2005 | Ocean Club Development Company et al  v. Royal Surplus Lines et al | Circuit Court Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, October 2004 | Silver Vase, Inc. v. Rexious Forrest Byproducts and OFE International, Inc. | Circuit Court Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, Trial Testimony, June 2004, August 2004, February 2005 | Jeffrey Fine & First Medical Group, Inc. v. Dennis Sokol, et al | Court of Chancery of the State of Delaware | Corporate Valuation |
| Deposition Testimony, April 2004 | SEC v. Robert A. Magnan, Investment Recovery Services, Inc. et al | United States District Court, Middle District of Florida | Private Placement / Financial Representation |
| Deposition Testimony, February 2004 | Masind SA and AeroBrokers SA v. Honeywell International Inc., f/k/a AlliedSignal, Inc. f/k/a Textron Lycoming Turbine Engine Division (UAS) | International Court of Arbitration (New York, New York) | Economic Damages |

**Andrew C. Bernstein**
**Expert Testimony Experience**
**Since January 2000**

Exhibit A

| Date / Testimony | Case Style & Client | Venue | Subject of Expert Testimony |
|---|---|---|---|
| Deposition Testimony, October 2003 | Endacott v. Holland & Knight et al., | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, Trial Testimony, June 2003 | Florida Homecare Services, Inc. v. Central Medical Equipment, Inc. | Circuit Court, Miami-Dade County, Florida | Related Party Transactions |
| Deposition Testimony, Trial Testimony, March 2003, April 2003 | Nortel Networks, Caribbean & Latin America, Inc. v. Apollo Construction, Inc | Circuit Court, Orlando | Reconstruction of Accounting |
| Deposition Testimony, May 2002, June 2002 | Boat-Side Services, Inc. v. Pennzoil-Quaker State, Inc. | United States District Court, Southern District of Florida | Economic Damages |
| Deposition Testimony, May 2002 | Schmidt & Hazan, Inc. f/k/a Prism International, Ltd v. Far & Wide Travel Corporation, | United States District Court, Southern District of Florida | Economic Damages |
| Deposition Testimony, April 2002 | FTC v. Capital Choice Consumer Credit, et al, | United States District Court, Southern District of Florida | Corporate Identity / Related Party Transactions |
| Deposition Testimony, April 2002 | Larkin et al v. Jamba Juice, et al. | Arbitration (San Francisco, California) | Economic Damages |
| Deposition Testimony, March 2002 | Swiss Watch International, Inc. v. Movado Group, Inc., | United States District Court, Southern District of Florida | Economic Damages |
| Deposition Testimony, March 2001 | Fragrance Unlimited Network, Inc. v. Firmenich, Inc. | Circuit Court, Miami-Dade County, Florida | Economic Damages |
| Deposition Testimony, October 2000 | American Health Services, Inc. et al v. Dun & Bradstreet, Inc | United States District Court, Southern District of Florida | Economic Damages |

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao
LTDA, et al.

# EXHIBIT B

Exhibit B

**Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA**

**Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.**

**List of Documents Considered**

| Ref | Document Name | Beg Bate | Ending Bate |
|---|---|---|---|
| 1 | Platypus Wear, Inc., et al. vs. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.: First Amended Complaint and Demand for Jury Trial 07/12/2007 | N/A | N/A |
| 2 | Platypus Wear, Inc., et al. vs. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.: Second Amended Counterclaim of Horizonte LTDA 03/02/2009 | N/A | N/A |
| 3 | Platypus Wear, Inc., et al. vs. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.: Horizonte LTDS.'s Supplemental Answers to Plaintiffs' Second Set of Interrogatories 03/20/2009 | N/A | N/A |
| 4 | Platypus Wear, Inc., et al. vs. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.: Defendant Horizonte Ltda.'s Amended Answer to Plaintiffs' Second Set of Interrogatories | N/A | N/A |
| 5 | Horizonte Ltda. Internal Accounting Sales Records from 02/28/01-08/31/08 | See Schedule B1 | See Schedule B1 |
| 6 | Horizonte Historical Sales by Period 2000-2009 (Exhibit 22 Cavalcante Vol. 1) | N/A | N/A |
| 7 | Horizonte Sales by Product Schedules for 2008 (Exhibit 27 Cavalcante Vol. 3) | N/A | N/A |
| 8 | Horizonte Sales data and e-mail reports regarding sales (various months from September 2001 through March 2009) (Exhibit 44 - Frederico Menano) (Exhibit 91 - Fernando Caldas Sr.) | N/A | N/A |
| 9 | Oanda FXHistory - Historical Currency Exchange Rate Reports for the period 01/01/2001-07/31/2009 from BRL to USD Conversions | N/A | N/A |
| 10 | Redacted Legal Invoices from Daniel Advogados and Corresponding Payment Detail - Set 1 | PWI-H 12/0161 | PWI-H 12/0179 |
| 11 | Redacted Legal Invoices from Daniel Advogados and Corresponding Payment Detail - Set 2 | PWI-H 12/0299 | PWI-H 12/0332 |
| 12 | Redacted Legal Invoices from McDermott Will & Emery and Corresponding Payment Detail - Set 1 | PWI-H 12/0001 | PWI-H 12/0045 |
| 13 | Redacted Legal Invoices from McDermott Will & Emery and Corresponding Payment Detail - Set 2 | PWI-H 12/0368 | PWI-H 12/0376 |
| 14 | Redacted Legal Invoices from Vantage Law Group, A.P.C. and Corresponding Payment Detail | PWI-H 12/0048 | PWI-H 12/0160 |
| 15 | Redacted Legal Invoices from Mijares, Angoitia, Cortes y Fuentes, MR and Corresponding Payment Detail | PWI-H 12/0180 | PWI-H 12/0298 |
| 16 | Brand Use and Exploitation License Agreement for Product Manufacturing, Distribution and Sale - dated 09/05/2000 (Exhibit 4) | PWI 01191 | PWI 01197 |
| 17 | Contract for the License of Use and Exploration of Mark for the Fabrication, Distribution and Sales of Products - dated 09/05/2000 (Exhibit 6) | 603 | 609 |
| 18 | Private Instrument of License Agreement for Use of Brand and Logo Registration Applications for Product Manufacturing, Distribution and Sale - dated 08/08/2002 (Exhibit 45) | PWI 002405 | PWI 002421 |
| 19 | May 28, 2002 letter from Horizonte to Big Blue Comercio LTDA | 000610 | 000612 |
| 20 | Horizonte Financials: Income Statements by Month from January 2001 through August 2008 and Annual Income Statements from 2000 through 2007 | See Schedule B2 | See Schedule B2 |
| 21 | Horizonte Financials: Year End Balance Sheets from 2000 through 2007 | 002911 | 002943 |
| 22 | Horizonte Financials: Quarterly Balance Sheets and Income Statements from 3/31/2004 through 12/31/2007 (with the exception of 6/30/2007 income statement) | N/A | N/A |
| 23 | Horizonte Financials: Budgeted Income Statement by Month for 2008 | ACH00132 | ACH00133 |
| 24 | Amended and Supplemental Expert Report (Corrected) of Antonio L. Argiz, CPA/ABV, CFE, ASA, CVA 06/18/2008 | PWI-H 11/0759 | PWI-H 11/0811 |
| 25 | Various Documents, Unexecuted Agreements, and Correspondence relating to PWI, PWI Related Entities, and Horizonte | 001241 005181 | 001342 005186 |

1

Exhibit B

**Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA**
**Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.**

List of Documents Considered

| Ref | Document Name | Beg Bate | Ending Bate |
|---|---|---|---|
| 26 | Horizonte Production VOL01 CD - Folder 1 | 009251 | 009750 |
| 27 | Horizonte Production VOL01 CD - Folder 2 | 009751 | 010250 |
| 28 | Horizonte Production VOL01 CD - Folder 3 | 010251 | 010750 |
| 29 | Horizonte Production VOL01 CD - Folder 4 | 010751 | 011250 |
| 30 | Horizonte Production VOL01 CD - Folder 5 | 011251 | 011750 |
| 31 | Horizonte Production VOL01 CD - Folder 6 | 011751 | 012250 |
| 32 | Horizonte Production VOL01 CD - Folder 7 | 012251 | 012750 |
| 33 | Horizonte Production VOL01 CD - Folder 8 | 012751 | 013250 |
| 34 | Horizonte Production VOL01 CD - Folder 9 | 013251 | 013750 |
| 35 | Horizonte Production VOL01 CD - Folder 10 | 013751 | 014250 |
| 36 | Horizonte Production VOL01 CD - Folder 11 | 014251 | 014750 |
| 37 | Horizonte Production VOL01 CD - Folder 12 | 014751 | 015250 |
| 38 | Horizonte Production VOL01 CD - Folder 13 | 015251 | 015750 |
| 39 | Horizonte Production VOL01 CD - Folder 14 | 015751 | 016250 |
| 40 | Horizonte Production VOL01 CD - Folder 15 | 016251 | 016750 |
| 41 | Horizonte Production VOL01 CD - Folder 16 | 016751 | 017250 |
| 42 | Horizonte Production VOL01 CD - Folder 17 | 017251 | 017750 |
| 43 | Horizonte Production VOL01 CD  - Folder 18 | 017751 | 018250 |
| 44 | Horizonte Production VOL01 CD - Folder 19 | 018251 | 018751 |
| 45 | Horizonte Production VOL01 CD - Folder 20 | 018752 | 019263 |
| 46 | Horizonte Production VOL01 CD - Folder 21 - Part 1 | 019264 | 019739 |
| 47 | Horizonte Production VOL01 CD - Folder 21 - Part 2 | CSM0001 | CSM0124 |
| 48 | Deposition of Roberto Ramos (Vol. I, II, and III) | N/A | N/A |
| 49 | Deposition of Fernando Maria Agostinho Pereira Caldas (Vol. I and II) | N/A | N/A |
| 50 | 30 (B) 6 Deposition of Fernando Caldas (Vol. I and II) | N/A | N/A |
| 51 | Deposition of Gilberto Cavalcante Filho (Vol. I, II, and III) | N/A | N/A |

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

List of Documents Considered
Schedule B1

| Ref | Document Name | Beg Bate | Ending Bate |
|---|---|---|---|
| 1 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/01 | 003825 | 003825 |
| 2 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/01 | 003834 | 003834 |
| 3 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/01 | 003820 | 003820 |
| 4 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/01 | 003828 | 003828 |
| 5 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/01 | 003831 | 003831 |
| 6 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/01 | 003829 | 003829 |
| 7 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/01 | 003822 | 003822 |
| 8 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/01 | 003841 | 003841 |
| 9 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/01 | 003839 | 003839 |
| 10 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/01 | 003836 | 003836 |
| 11 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/01 | 007913 | 007913 |
| 12 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/02 | 003850 | 003850 |
| 13 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/02 | 003852 | 003852 |
| 14 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/02 | 003862 | 003862 |
| 15 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/02 | 003844 | 003844 |
| 16 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/02 | 003857 | 003857 |
| 17 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/02 | 003859 | 003859 |
| 18 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/02 | 003858 | 003858 |
| 19 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/02 | 003842 | 003842 |
| 20 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/02 | 003864 | 003864 |
| 21 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/02 | 003867 | 003867 |
| 22 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/02 | 003865 | 003865 |
| 23 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/02 | 003848 | 003848 |
| 24 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/03 | 007915 | 007915 |
| 25 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/03 | 007917 | 007917 |
| 26 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/03 | 007919 | 007919 |
| 27 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/03 | Not Legible | Not Legible |
| 28 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/03 | 003871 | 003872 |
| 29 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/03 | 003874 | 003874 |
| 30 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/03 | 003876 | 003877 |
| 31 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/03 | 003879 | 003880 |
| 32 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/03 | 003882 | 003883 |
| 33 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/03 | 003884 | 003885 |
| 34 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/03 | 003887 | 003888 |
| 35 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/03 | 003869 | 003870 |
| 36 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/04 | 007924 | 007924 |
| 37 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/04 | 007925 | 007926 |
| 38 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/04 | 007928 | 007929 |
| 39 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/04 | 007931 | 007931 |
| 40 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/04 | 007933 | 007934 |
| 41 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/04 | 007936 | 007936 |
| 42 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/04 | 003902 | 003903 |
| 43 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/04 | 003901 | 003901 |
| 44 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/04 | 003897 | 003898 |
| 45 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/04 | 003895 | 003896 |
| 46 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/04 | 003893 | 003893 |
| 47 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/04 | 003892 | 003892 |
| 48 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/05 | 003907 | 003907 |
| 49 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/05 | 003909 | 003910 |
| 50 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/05 | 003913 | 003913 |
| 51 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/05 | 003914 | 003914 |

Exhibit B
Schedule B1

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

List of Documents Considered
Schedule B1

| Ref | Document Name | Beg Bate | Ending Bate |
|-----|---------------|----------|-------------|
| 52 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/05 | 003916 | 003917 |
| 53 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/05 | 003919 | 003919 |
| 54 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/05 | 003922 | 003922 |
| 55 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/05 | 003924 | 003924 |
| 56 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/05 | 003925 | 003925 |
| 57 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/05 | 003926 | 003926 |
| 58 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/05 | 003929 | 003929 |
| 59 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/05 | 003906 | 003906 |
| 60 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/06 | 003932 | 003932 |
| 61 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/06 | 003935 | 003935 |
| 62 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/06 | 003936 | 003936 |
| 63 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/06 | 003937 | 003937 |
| 64 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/06 | 003939 | 003939 |
| 65 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/06 | 003941 | 003941 |
| 66 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/06 | 003945 | 003945 |
| 67 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/06 | 003949 | 003949 |
| 68 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/06 | 003952 | 003952 |
| 69 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/06 | 003942 | 003942 |
| 70 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/06 | 003946 | 003946 |
| 71 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/06 | 003950 | 003950 |
| 72 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/07 | 003968 | 003968 |
| 73 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/07 | 003967 | 003967 |
| 74 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/07 | 003977 | 003977 |
| 75 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/07 | 003959 | 003959 |
| 76 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/07 | 003975 | 003975 |
| 77 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/07 | 003970 | 003970 |
| 78 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/07 | 003971 | 003971 |
| 79 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/07 | 003961 | 003961 |
| 80 | Horizonte Ltda. Internal Accounting Sales Record - 9/30/07 | 003981 | 003981 |
| 81 | Horizonte Ltda. Internal Accounting Sales Record - 10/31/07 | 003979 | 003979 |
| 82 | Horizonte Ltda. Internal Accounting Sales Record - 11/30/07 | 003980 | 003980 |
| 83 | Horizonte Ltda. Internal Accounting Sales Record - 12/31/07 | 003965 | 003965 |
| 84 | Horizonte Ltda. Internal Accounting Sales Record - 1/31/08 | 003995 | 003996 |
| 85 | Horizonte Ltda. Internal Accounting Sales Record - 2/28/08 | 003991 | 003992 |
| 86 | Horizonte Ltda. Internal Accounting Sales Record - 3/31/08 | 003999 | 004000 |
| 87 | Horizonte Ltda. Internal Accounting Sales Record - 4/30/08 | 003997 | 003998 |
| 88 | Horizonte Ltda. Internal Accounting Sales Record - 5/31/08 | 004006 | 004007 |
| 89 | Horizonte Ltda. Internal Accounting Sales Record - 6/30/08 | 004004 | 004005 |
| 90 | Horizonte Ltda. Internal Accounting Sales Record - 7/31/08 | 004002 | 004003 |
| 91 | Horizonte Ltda. Internal Accounting Sales Record - 8/31/08 | 004000a | 004001 |

Exhibit B
Schedule B2

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

List of Documents Considered
Schedule B2

| Ref | Document Name | Beg Bate | Ending Bate |
|---|---|---|---|
| 1 | Income Statement - 3/31/01 | 003833 | 003833 |
| 2 | Income Statement - 4/30/01 | 003819 | 003819 |
| 3 | Income Statement - 5/31/01 | 003832 | 003832 |
| 4 | Income Statement - 6/30/01 | 003830 | 003830 |
| 5 | Income Statement - 7/31/01 | 003823 | 003823 |
| 6 | Income Statement - 8/31/01 | 003821 | 003821 |
| 7 | Income Statement - 9/30/01 | 003840 | 003840 |
| 8 | Income Statement - 10/31/01 | 003837 | 003837 |
| 9 | Income Statement - 11/30/01 | N/A | N/A |
| 10 | Income Statement - 12/31/01 | N/A | N/A |
| 11 | Income Statement - 1/31/02 | 003849 | 003849 |
| 12 | Income Statement - 2/28/02 | 003846 | 003846 |
| 13 | Income Statement - 3/31/02 | 003861 | 003861 |
| 14 | Income Statement - 4/30/02 | 003843 | 003843 |
| 15 | Income Statement - 5/31/02 | 003860 | 003860 |
| 16 | Income Statement - 6/30/02 | 007914 | 007914 |
| 17 | Income Statement - 7/31/02 | 003851 | 003851 |
| 18 | Income Statement - 8/31/02 | 003845 | 003845 |
| 19 | Income Statement - 9/30/02 | 003868 | 003868 |
| 20 | Income Statement - 10/31/02 | 003866 | 003866 |
| 21 | Income Statement - 11/30/02 | 003863 | 003863 |
| 22 | Income Statement - 12/31/02 | 003847 | 003847 |
| 23 | Income Statement - 1/31/03 | 007916 | 007916 |
| 24 | Income Statement - 2/28/03 | 007918 | 007918 |
| 25 | Income Statement - 3/31/03 | 007920 | 007920 |
| 26 | Income Statement - 4/30/03 | 007922 | 007922 |
| 27 | Income Statement - 5/31/03 | 003873 | 003873 |
| 28 | Income Statement - 6/30/03 | 003875 | 003875 |
| 29 | Income Statement - 7/31/03 | 003878 | 003878 |
| 30 | Income Statement - 8/31/03 | 003881 | 003881 |
| 31 | Income Statement - 9/30/03 | 003889 | 003889 |
| 32 | Income Statement - 10/31/03 | 003886 | 003886 |
| 33 | Income Statement - 11/30/03 | 003890 | 003890 |
| 34 | Income Statement - 12/31/03 | 007923 | 007923 |
| 35 | Income Statement - 1/31/04 | 003891 | 003891 |
| 36 | Income Statement - 2/28/04 | 007927 | 007927 |
| 37 | Income Statement - 3/31/04 | 007930 | 007930 |
| 38 | Income Statement - 4/30/04 | 007932 | 007932 |
| 39 | Income Statement - 5/31/04 | 007935 | 007935 |
| 40 | Income Statement - 6/30/04 | 003904 | 003904 |
| 41 | Income Statement - 7/31/04 | 007938 | 007938 |
| 42 | Income Statement - 8/31/04 | 003900 | 003900 |
| 43 | Income Statement - 9/30/04 | 003899 | 003899 |
| 44 | Income Statement - 10/31/04 | 007939 | 007939 |
| 45 | Income Statement - 11/30/04 | 003894 | 003894 |
| 46 | Income Statement - 12/31/04 | N/A | N/A |
| 47 | Income Statement - 1/31/05 | 003908 | 003908 |
| 48 | Income Statement - 2/28/05 | 003911 | 003911 |
| 49 | Income Statement - 3/31/05 | 003912 | 003912 |
| 50 | Income Statement - 4/30/05 | 003918 | 003918 |
| 51 | Income Statement - 5/31/05 | 003915 | 003915 |

Expert Rebuttal Report of Andrew C. Bernstein, CPA, CFF, CVA
Platypus Wear, Inc., et al. v. Horizonte Fabricacao Distribuicao Importacao E Exportacao LTDA, et al.

List of Documents Considered
Schedule B2

| Ref | Document Name | Beg Bate | Ending Bate |
|---|---|---|---|
| 52 | Income Statement - 6/30/05 | 003920 | 003920 |
| 53 | Income Statement - 7/31/05 | 003921 | 003921 |
| 54 | Income Statement - 8/31/05 | 003923 | 003923 |
| 55 | Income Statement - 9/30/05 | 003927 | 003927 |
| 56 | Income Statement - 10/31/05 | 003928 | 003928 |
| 57 | Income Statement - 11/30/05 | 003930 | 003930 |
| 58 | Income Statement - 12/31/05 | 007943 | 007943 |
| 59 | Income Statement - 1/31/06 | 003933 | 003933 |
| 60 | Income Statement - 2/28/06 | 003934 | 003934 |
| 61 | Income Statement - 3/31/06 | 003938 | 003938 |
| 62 | Income Statement - 4/30/06 | 003940 | 003940 |
| 63 | Income Statement - 5/31/06 | 003941a | 003941a |
| 64 | Income Statement - 6/30/06 | 003943 | 003943 |
| 65 | Income Statement - 7/31/06 | 003948 | 003948 |
| 66 | Income Statement - 8/31/06 | 003951 | 003951 |
| 67 | Income Statement - 9/30/06 | 003955 | 003955 |
| 68 | Income Statement - 10/31/06 | 003944 | 003944 |
| 69 | Income Statement - 11/30/06 | 003947 | 003947 |
| 70 | Income Statement - 12/31/06 | 003931 | 003931 |
| 71 | Income Statement - 1/31/07 | 003966 | 003966 |
| 72 | Income Statement - 2/28/07 | 003963 | 003963 |
| 73 | Income Statement - 3/31/07 | N/A | N/A |
| 74 | Income Statement - 4/30/07 | 003960 | 003960 |
| 75 | Income Statement - 5/31/07 | 003974 | 003974 |
| 76 | Income Statement - 6/30/07 | 003972 | 003972 |
| 77 | Income Statement - 7/31/07 | 003969 | 003969 |
| 78 | Income Statement - 8/31/07 | 003962 | 003962 |
| 79 | Income Statement - 9/30/07 | 003982 | 003982 |
| 80 | Income Statement - 10/31/07 | 003978 | 003978 |
| 81 | Income Statement - 11/30/07 | 003976 | 003976 |
| 82 | Income Statement - 12/31/07 | 003964 | 003964 |
| 83 | Income Statement - 1/31/08 | 003987 | 003987 |
| 84 | Income Statement - 2/28/08 | 003986 | 003986 |
| 85 | Income Statement - 3/31/08 | 003990 | 003990 |
| 86 | Income Statement - 4/30/08 | 003984 | 003984 |
| 87 | Income Statement - 5/31/08 | 003983 | 003983 |
| 88 | Income Statement - 6/30/08 | 003989 | 003989 |
| 89 | Income Statement - 7/31/08 | 003988 | 003988 |
| 90 | Income Statement - 8/31/08 | 003985 | 003985 |