UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-20738-CIV-JORDAN

| | |
|---|---|
| PLATYPUS WEAR, INC., et al. | ) |
| Plaintiff | ) |
| vs. | ) |
| HORIZONTE FABRICACAO DISTRIBUICAO IMPORTACAO EXPORTACAO LTDA, et al. | ) |
| Defendants | ) |

**ORDER GRANTING IN PART MOTION TO REQUIRE DISCLOSURE OF FINANCIAL DOCUMENTS**

Upon *de novo* review of the record, I adopt Magistrate Judge McAliley's report [D.E. 519] recommending that I adopt the Special Master's findings of fact on the plaintiffs' motion against Horizonte for failing to comply with the Special Master's order to produce the financial documents required to fully defend against the $50 million damage counter-claim. The plaintiffs' motion concerning Horizonte's failure to comply with order requiring production of financial documents [D.E. 308] is GRANTED IN PART. In addition, the plaintiffs' motion in limine to preclude Horizonte from putting on evidence regarding alleged counter-claim damages due to failure to comply with discovery order [D.E. 459] is DENIED AS MOOT.

As for remedies, I rule as follows:

- PWI will be given the opportunity to provide a modified or supplemental expert report on Horizonte's damages within 21 days of this order;

- PWI is granted leave to file, if justification is present, an application for reimbursement of expert witness fees incurred in preparing a supplemental report, to the extent that the expert witness' prior work product was rendered unusable due to Horizonte's late production of its general ledgers;

- PWI's request to take an additional Rule 30(b)(6) deposition of Horizonte is denied;

- Horizonte shall reimburse PWI's attorneys' fees in the amount of $25,309, as a sanction under Rule 37(b)(2)(A), for its failure to comply with the Special Master's August 19, 2009 order;
- PWI's motion for sanctions [D.E. 308] is denied in all other respects.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of April, 2010.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record