# EXHIBIT 394



## Clarke, Modet & Co.
### BRAZIL

Rua Santa Luzia, 651 - 30°/31° andar
RIO DE JANEIRO - RJ - BRAZIL
CEP: 20030-040
Phone: + 55 21 2532-2020
Fax:    + 55 21 2544-8123
E-mail: brj@clarkemodet.com.br

*HORIZONTE LTDA.*                                                      12028

*Av. Ibirapuera 810,*
*Indianópolis*
*São Paulo SP 04028-000*

*Sr. Roberto Ramos*

S/REF Y/REF V/REF I/ZCH

N/REF O/REF N/REF I/ZCH
**200370009**

Nº.   200333438

| SERVIÇO SERVICE SERVICE DIENSTL | VALOR VALUE VALEUR WERT |
|---|---|
| *Consultoria e acessoria jurídica em Miami, FL - USA* *(12 horas x US$ 250 = US$ 3,000.00)* *Valor convertido para reais na data de emissão da nota* | 8.746,50 |

| DATA DATE DATE DATUM | TOTAL |
|---|---|
| 30 de Julho de 2003 | R $    8.746,50 |

Vencimento: 13/09/2003

A Boleta para pagamento será apresentada pelo Banco do Estado de São Paulo - BANESPA



**PLAINTIFF'S EXHIBIT**
**394**
08-20738

INTELLECTUAL PROPERTY AGENTS
Rio de Janeiro - São Paulo
ARGENTINA, BRAZIL, CHILE, COLOMBIA, MEXICO, PERU, PORTUGAL, SPAIN, VENEZUELA.

002969