IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 08-cv-20738-KMM
Case No. 07-cv-21827-KMM

PLATYPUS WEAR, INC., PLATYPUS
WEAR, INCORPORATED, PW
INDUSTRIES, INC., and ALEXANDRA
PONCE DE LEON,

 Plaintiffs/Counter-Defendants,

vs.

HORIZONTE FABRICACAO
DISTRIBUICAO IMPORTACAO
E EXPORTACAO LTDA.,
a/k/a HORIZONTE LTDA., and FERNANDO
CALDAS, JR.,

 Defendants/Counter-Claimants.
_____/

## **FINAL JUDGMENT**

 Pursuant to Fed. R. Civ. P. 54 and 58, and upon the verdicts by a jury (ECF Nos. 823, 824, 825), it is ORDERED and ADJUDGED that a final judgment is entered against Plaintiffs, PLATYPUS WEAR, INC., PLATYPUS WEAR, INCORPORATED, PW INDUSTRIES, INC., and ALEXANDRA PONCE DE LEON, and in favor of Defendants, HORIZONTE FABRICACAO DISTRIBUICAO IMPORTACAO E EXPORTACAO LTDA., a/k/a HORIZONTE LTDA., and FERNANDO CALDAS, JR., on every count of Plaintiffs' First Amended Complaint (ECF No. 65). It is further

 ORDERED and ADJUDGED that a final judgment is entered against Counter-Claimants, HORIZONTE FABRICACAO DISTRIBUICAO IMPORTACAO E EXPORTACAO LTDA., a/k/a HORIZONTE LTDA., and FERNANDO CALDAS, JR., and in favor of Counter-

Defendants, PLATYPUS WEAR, INC., PLATYPUS WEAR, INCORPORATED, PW INDUSTRIES, INC., and ALEXANDRA PONCE DE LEON, on every count of Counter-Claimants' Second Amended Counterclaim (ECF No. 193). Plaintiffs shall take nothing from Defendants. Counter-Claimants shall take nothing from Counter-Defendants. Further, as neither party is a prevailing party, no party shall be awarded any recovery for any attorney's fees or costs against any other party.

LET EXECUTION ISSUE. The Clerk of the Court is directed to CLOSE this case. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of December, 2012.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record